MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6970
Facsimile: (415) 436-6570

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JORGE PRAIZ-OCEGUERA,<br><br>                Defendant. | Case No.: CR-95-40094 CW<br><br>~~(PROPOSED)~~<br>**ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §

3573, the unpaid portion of the fine imposed against the defendant in the amount of $825.00, accrued

interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: _____8/29/2012_____

_____
CLAUDIA WILKEN
United States District Judge